UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERRY LEE WARD,<br><br>                Plaintiff,<br><br>  v.<br><br>GRANT COUNTY, GRANT COUNTY SHERIFF'S OFFICE, INTERAGENCY NARCOTICS ENFORCEMENT TEAM, SHERIFF TOM JONES, DET. ALAN BARROWMAN, DET. CHRIS LAFFERTY, DET. MATT MESSER, DET. JASON MITCHELL, SERGEANT MARK CAMERON, DET. DEAN GADDIS, OFFICER BRANDON BERNARD, acting individually and in their official capacities,<br><br>                Defendants. | NO: 2:16-CV-0208-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulation for Order of Dismissal With Prejudice and Without Costs (ECF No. 27). Pursuant to Federal Rule of

ORDER OF DISMISSAL ~ 1

Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of all claims with prejudice and without an award of costs to either party.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED** with prejudice and without an award of costs to either party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** March 14, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL ~ 2